UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAYMES ARTHUR GALLAGHER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C22-5434 BHS<br><br>ORDER |

This matter comes before the Court on its own motion. Petitioner Jaymes Arthur Gallagher moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 in June 2022. The Court denied his petition with leave to amend to fully assert his ineffective assistance of counsel claims on November 15, 2022. Gallagher was required to amend his petition by January 20, 2023, and he failed to do so.

Gallagher is therefore ORDERED to SHOW CAUSE why his case should not be DISMISSED without prejudice. He should do so in writing within 21 days. If he does not, the matter will be dismissed without further notice.

//

//

ORDER - 1

1  Dated this 31st day of January, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge